# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| ANITA LOPEZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ARAMARK UNIFORM & CAREER APPAREL, INC., A Delaware Corporation,,<br><br>　　　　Defendant. | No. C03-4015-MWB<br><br>**ORDER REGARDING DEFENDANT'S MOTION FOR LEAVE TO SUPPLEMENT ITS AMENDED RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AND/OR NEW TRIAL** |
| MARICELA VILLALPANDO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ARAMARK UNIFORM & CAREER APPAREL, INC., A Delaware Corporation,<br><br>　　　　Defendant. | C03-4030-MWB |

_____

This matter comes before the court pursuant to the defendant's Supplemental Motion For An Evidentiary Hearing To Determine Juror Misconduct And For New Trial (Doc. No. 82). In this motion, the defendant seeks leave to supplement its Amended Renewed Motion For Judgment As A Matter Of Law And/Or For New Trial (Doc No. 68) based on newly discovered information. For good cause established, to the extent the defendant requests leave to supplement its Amended Renewed Motion for Judgment as a Matter of Law and/or for New Trial, the motion is **granted**. The plaintiffs shall have **fourteen days**

from the date of this order in which to file their resistance.

**IT IS SO ORDERED.**

**DATED** this 19th day of January, 2006.

*[signature: Mark W. Bennett]*
MARK W. BENNETT
CHIEF JUDGE, U. S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA