IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| SUSAN WITZKA<br>for RYAN WITZKA,, | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | No. C05-4033-MWB |
| vs. | ) <br> ) | JUDGMENT <br> IN A CIVIL CASE |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | ) <br> ) <br> ) | |
| Defendant. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

This case is REVERSED and REMANDED to the Commissioner to compute and award disability benefits to Plaintiff back to August 1998.

| | |
|---|---|
| Dated: January 19, 2006 | PRIDGEN J. WATKINS<br>Clerk |
| | s/ des<br>(By) Deputy Clerk |